IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

IN RE: CALVIN GRAHAM

CASE NO:  2:23-bk-12816 J
Chapter 13

## CHAPTER 13 ORDER REVOKING
## PAYROLL DEDUCTION

Before the court for consideration is the matter of revocation of the Chapter 13 Order to Pay Trustee previously entered directing the employer of the debtor to withhold certain sums from the debtor's compensation each month.  It appears to the Court that other arrangements have been made.

IT IS ORDERED, that the chapter 13 Order to Pay Trustee previously entered directing

STERIGENICS
2015 SPRING ROAD, SUITE 650
ATTN:  PAYROLL DEPT
OAKBROOK, IL  60523

to withhold sums of money from the pay of the debtor should be, and hereby is revoked. The debtor's employer shall stop withholding payments from the debtor and cease making payments to the Trustee, Mark T. McCarty.

Date: 04/28/2026

_____ /s/ PHYLLIS M. JONES_____
Phyllis M. Jones, Bankruptcy Judge

cc:  CALVIN GRAHAM
GAIL GRAHAM
VINCENT E GUEST    (Noticed by ECF)
MARK T. MCCARTY, Trustee